UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| QIANG JIN LIN, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 1:18CV78 |
| KIRSTJEN MICHELE NIELSEN, Secretary of DHS, *et al.*, | § § § § | |
| Respondents. | § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 12) in the above-referenced civil action. No objections were filed by Petitioner. After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that "Respondents' Motion to Dismiss Petition for a Writ of Habeas Corpus as Moot" (Docket No. 10) is hereby **GRANTED**. Therefore, Petitioner's "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Docket No. 1) is hereby **DISMISSED AS MOOT**.

The Clerk of the Court is hereby **ORDERED** to close the case.

Signed on this 24th day of August, 2018.

Rolando Olvera
United States District Judge